# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY CONWAY, JOSHUA CONWAY, AND CHERISH CONWAY<br>    Plaintiffs | CIVIL ACTION NO. 3:14-cv-34 |
| VERSUS | |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, D/B/A BLUE CROSS AND BLUE SHIELD OF LOUISIANA<br>    Defendant | JUDGE JACKSON |
| | MAGISTRATE JUDGE BOURGEOIS |

\*   \*   \*   \*   \*   \*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES DEFENDANT, Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("Blue Cross"), who respectfully move as follows:

1.

Blue Cross is entitled as a matter of law to judgment that this suit is governed by and subject to the provisions of the Employee Retirement Income Security Act ("ERISA") 29 USD 1001, *et seq.*, and that all state law claims and remedies are preempted thereby.

2.

Blue Cross is further entitled to Summary Judgment that the Administrative Record is complete.

3.

Blue Cross is further entitled to Summary Judgment that the Plan qualifies as an Employee Welfare Benefit Plan under ERISA.

4.

Blue Cross is further entitled to Summary Judgment that Blue Cross is granted authority as the Claims Administrator to determine the extent of benefits to which any Member is entitled.

5.

Mover files herewith a Statement of Uncontested Facts.

WHEREFORE, Mover, Blue Cross prays that this motion be granted as more fully set out in the attached memorandum.

Respectfully Submitted:

By: */s/ Charles A. O'Brien*
Charles A. O'Brien, III (LA Bar No. 10143)
Allison N. Pham (LA Bar No. 29369)
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Telephone: (225) 295-2454
Facsimile: (225) 297-2760
Andy.O'Brien@bcbsla.com
Allison.Pham@bcbsla.com

Attorneys for Defendant Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July 2014, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Charles A. O'Brien*
**CHARLES A. O'BRIEN**